171 So.2d 666

**Robert Crawford ARP**

v.

**MARYLAND CASUALTY COMPANY.**

No. 47621.

Feb. 24, 1965.

In re: Maryland Casualty Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 166.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

McCALEB, J., thinks that a writ should be granted.

█

171 So.2d 667

**Lillie C. BASS et al.**

v.

**Joel F. JONES et al.**

No. 47629.

Feb. 25, 1965.

In re: Lillie C. Bass et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 170 So.2d 181.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.